## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN LYNN HAMILTON, JR.**
**#83985**                                                      **PLAINTIFF**

**v.**                          **No. 4:23-cv-799-DPM**

**RON DAVIS, Counsel;**
**ELISABETH KANOPSIC,**
**Prosecuting Attorney, Arkansas;**
**ERIC HIGGINS, Sheriff/Jail**
**Administrator, PCRDF**                          **DEFENDANTS**

### ORDER

1.      Hamilton's application to proceed *in forma pauperis* is incomplete;  he didn't submit a certificate or calculation sheet. 28 U.S.C. § 1915(a)(2).   His application, *Doc. 1*, is therefore denied without prejudice.

2.      Hamilton must submit a completed application and certified calculation sheet by 2 October 2023.   If he doesn't, then the Court will dismiss his complaint without prejudice.   LOCAL RULE 5.5(c)(2).   If the Court grants Hamilton permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account.   28 U.S.C. § 1915(b).

3.      The Court directs the Clerk to mail Hamilton an *in forma pauperis* application with a copy of this Order.

So Ordered.

D.P. Marshall Jr.
United States District Judge

30 August 2023