# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN LYNN HAMILTON JR.**                     **PLAINTIFF**
**#83985**

v.                       No. 4:23-cv-799-DPM

**RON DAVIS, Counsel;**
**ELISABETH KANOPSIC,**
**Prosecuting Attorney, Arkansas;**
**ERIC HIGGINS, Sheriff/Jail**
**Administrator, PCRDF**                       **DEFENDANTS**

## ORDER

1. Motion to appoint counsel, *Doc. 6*, denied without prejudice. The case is stayed. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

2. Motion for preliminary injunction and temporary restraining order, *Doc. 7*, denied without prejudice. Hamilton hasn't shown a threat of irreparable harm. *Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2023