**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEVIN LYNN HAMILTON, JR.**
**#83985** **PLAINTIFF**

**v.** **No. 4:23-cv-799-DPM**

**RON DAVIS, Counsel; ELISABETH KANOPSIC, Prosecuting Attorney, Arkansas; and ERIC HIGGINS, Sheriff/Jail Administrator, PCRDF** **DEFENDANTS**

**KEVIN LYNN HAMILTON, JR.**
**#83985** **PLAINTIFF**

**v.** **No. 4:23-cv-1000-DPM**

**ERIC HIGGINS, Sheriff/Jail Administrator; ELIZABETH KANOPSIC, P.C. Prosecuting Attorney; and RON DAVIS, P.C. Public Defender** **DEFENDANTS**

## ORDER

These consolidated cases are stayed. *Hamilton v. Davis*, Case No. 4:23-cv-799-DPM, is administratively terminated. *Doc. 5 at 3*. The Court likewise directs the Clerk to administratively terminate *Hamilton v. Higgins*, Case No. 4:23-cv-1000-DPM. A public records search reveals that Hamilton's state criminal case remains pending. *State v. Hamilton*, 60CR-21-1634 (Pulaski County). The Court extends

Hamilton's time to move to reopen this case, or to file a status report, until 1 October 2025. If he does neither, then the Court will reopen the case and dismiss it without prejudice.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2024