IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN LYNN HAMILTON, JR.                                      PLAINTIFF
#83985


v.                          No. 4:23-cv-799-DPM


RON DAVIS, Counsel;  ELISABETH
KANOPSIC, Prosecuting Attorney,
Arkansas;  and ERIC HIGGINS,
Sheriff/Jail Administrator, PCRDF              DEFENDANTS


KEVIN LYNN HAMILTON, JR.                                      PLAINTIFF
#83985


v.                          No. 4:23-cv-1000-DPM


ERIC HIGGINS, Sheriff/Jail
Administrator;  ELIZABETH KANOPSIC,
P.C. Prosecuting Attorney;  and RON
DAVIS, P.C. Public Defender                      DEFENDANTS

ORDER

Hamilton hasn't moved to lift the stay;  and the time to do so has passed. *Doc. 12.*  His March 2025 notice, *Doc. 13,* copying the Court on papers he filed with the state court, is insufficient.  But the Court should have responded earlier and given Hamilton a warning shot.  It extends Hamilton's time to move to reopen this case, or to file a status report, until 1 December 2025.  If he does neither, then the Court will

reopen the case and dismiss it.  The Court also directs the Clerk to send

Hamilton a copy of this Order, *Doc. 13*, and the docket sheet.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

*28 October 2025*