IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN LYNN HAMILTON, JR             PLAINTIFF
#83985

v.            No. 4:23-cv-799-DPM

RON DAVIS, Counsel; ELISABETH
KANOPSIC, Prosecuting Attorney,
Arkansas;  and ERIC HIGGINS,
Sheriff/Jail Administrator, PCRDF             DEFENDANTS


KEVIN LYNN HAMILTON, JR             PLAINTIFF
#83985

v.            No. 4:23-cv-1000-DPM

ERIC HIGGINS, Sheriff/Jail
Administrator;  ELIZABETH KANOPSIC,
P.C. Prosecuting Attorney;  and RON
DAVIS, P.C. Public Defender             DEFENDANTS

ORDER

Hamilton hasn't moved to lift the stay; and the time to do so has passed. *Doc. 12 & 14*. Mail sent to Hamilton has been returned undeliverable. *Doc. 15 & 16*. The Court therefore lifts the stay to dismiss these consolidated cases without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and

accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>8 December 2025</u>