IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN LYNN HAMILTON, JR.
#83985**                                                                             **PLAINTIFF**

v.                              No. 4:23-cv-799-DPM

**RON DAVIS, Counsel;  ELISABETH
KANOPSIC, Prosecuting Attorney,
Arkansas;  and ERIC HIGGINS,
Sheriff/Jail Administrator, PCRDF**                         **DEFENDANTS**

## JUDGMENT

Hamilton's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 December 2025